IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| U.S. BANK, N.A., AS TRUSTEE FOR J.P. MORGAN MORTGAGE ACQUISITION CORP. 2005-OPT1, ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-OPT1, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| V. | ) ) | 3:18-CV-1307-G (BN) |
| ALINE TORRES AND GIBRAN TORRES, AS INDEPENDENT CO-ADMINISTRATORS OF THE ESTATE OF JACINTO HERNANDEZ TORRES, FIDEL ROBLEDO, LORENA DEL CARMEN MIRANDA, AND PRAIRIE PLACE, LLC, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this

case, and the findings and recommendation of the United States Magistrate Judge dated

September 4, 2019, the court finds that the findings and recommendation of the

magistrate judge are correct and they are accepted as the findings and recommendation

of the court.

It is therefore **ORDERED** that the findings and recommendation of the United States Magistrate Judge are accepted and defendant Aline Torres's motion to dismiss (docket entry 41) and defendant Gibran Torres's motion to dismiss (docket entry 40) are **DENIED**.

    **SO ORDERED**.

September 27, 2019.

**A. JOE FISH**
**Senior United States District Judge**